IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 19-CR-0119-CVE |
| | ) |
| JOHNATHON YATES BOYD, III, | ) |
| a/k/a "Tres Boyd," | ) |
| | ) |
| Defendant. | ) |

**ORDER OF AGREED FORFEITURE MONEY JUDGMENT**

Now before the Court is the Motion of the United States for Entry of Agreed Forfeiture Money Judgment (Dkt. # 22). Based upon defendant Johnathon Yates Boyd, III's guilty plea, plea agreement and the record herein, the Court finds that the motion should be granted.

Pursuant to 18 U.S.C. §§ 982(a)(7), 981(a)(1)(C), and 28 U.S.C. § 2461(c), a criminal forfeiture money judgment shall be entered in the amount of $1,411,440.19 representing proceeds obtained by the defendant as a result of the health care conspiracy to pay kickbacks offense and shall be made part of the defendant's sentence and included in the judgment.

**IT IS THEREFORE ORDERED** that, pursuant to 18 U.S.C. §§ 982(a)(7), 981(a)(1)(C), and 28 U.S.C. § 2461(c), the Motion of the United States for Entry of Agreed Forfeiture Money Judgment (Dkt. # 22) is **granted,** and a criminal forfeiture money judgment in the amount of $1,411,440.19 is hereby entered against defendant Johnathon Yates Boyd, III.

**DATED** this 1st day of August, 2019.

_____
CLAIRE V. EAGAN
UNITED STATES DISTRICT JUDGE