# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

United States of America

                    Plaintiff(s)

vs.                                                  Case Number: 19-CR-119CVE

Johnathon Yates Boyd, III

                    Defendant(s)

## Appearance

To the Clerk of this court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case for:

    Johnathon Yates Boyd, III

---

Date: January 13, 2020

Type of Appointment: ☑ Retained  ☐ CJA  ☐ FPD  ☐ Pro Bono  ☐ Pro Se

Oklahoma State Bar Number (If Applicable): 21520

e-mail address: shane@henrydowlaw.com

Signature: s/M. Shane Henry

Print Name: M. Shane Henry

Firm Name: Henry & Dow

Mailing Address: 1616 South Main Street

City: Tulsa   State: OK   Zip Code: 74119

Phone Number: (918) 933-4333   Fax Number: (918) 512-4461

## Certificate of Service

I hereby certify that on  01/13/2020  (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

Richard Michael Cella, Esq.
Melody Noble Nelson
Reagan Vincent Reininger, Esq.
Michon Lynn Hughes, Esq.
Samuel J. Louis, Esq.

I hereby certify that  01/13/2020  (Date), I served the same document by:

☐ U.S. Postal Service          ☐ In Person Delivery

☐ Courier Service              ☑ E-Mail

on the following, who are not registered participants of the ECF system:

Name(s) and
Address(es):

Johnathon Yates Boyd, III

s/M. Shane Henry
Signature