IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br><br>JOHNATHON YATES BOYD, III<br>Defendant. | Criminal Case<br>No. 19-CR-119CVE |

## WAIVER OF RIGHT TO SEPARATE REPRESENTATION

I, Johnathon Yates Boyd, III, a defendant accused herein with one or more co-defendants, and who is represented by counsel or an associated counsel who is also counsel for a co-defendant herein, after being advised by the Court of the nature of the charge(s) against me and of my rights, including my right to the effective assistance of counsel, including separate representation of counsel, and after discussing with my counsel any potential conflicts in his representation herein and no further discussions being necessary, do hereby waive separate counsel in open Court and request and consent to joint representation herein by the undersigned counsel, or an associated counsel, who also represents one or more co-defendants herein.

_____          _____
Witness                                              Defendant

1/16/20                                                _____
Date                                                    Counsel for Defendant