# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OKLAHOMA

| United States of America, | |
|---|---|
| Plaintiff, | Case No.: 19-cr-00119-CVE-1 |
| vs. | Date: 4/13/2022 |
| | Court Time: 9:24 a.m. to 9:43 a.m. |
| Johnathon Yates Boyd, III, | |
| Defendant(s). | **MINUTE SHEET - SENTENCING** |

Claire V. Eagan, U.S. District Judge     C. Butler, Deputy Clerk     Greg Bloxom, Reporter

Counsel for Plaintiff: Melody Nelson, Rick Cella    Counsel for Defendant: Samuel Louis, Shane Henry, Ret.
Probation Officer: Sean Dooley, Jennifer Toppah    Interpreter: ☐ sworn; ☐ N/A

- ☒ Defendant appears in person with counsel    ☐ Counsel waived    ☐ Evidentiary
- ☒ Plaintiff & Defendant reviewed PSI:   ☐ Objs by: ☐ Pltf ☐ Deft; ☒ No Objs; ☒ Court adopts/accepts
- ☒ 18:3553 Findings re: PSI/Sentence made;   ☒ Findings re: Plea Agreement Accepted
- ☒ Sentence re: Guideline; ☒ Findings made; ☒ Departure: ☐ Variance: ☐ Upward ☒ Downward
- ☐ Victim present and heard; ☐ Victim present ☐ Victim not present
- ☒ Defendant and counsel asked if they care to say anything before sentence is pronounced, and no cause to the contrary being shown
- ☒ Motion [Dkt. 41]: ☒ Granted ☐ Denied ☐ Granted/Denied in part ☐ Moot
- ☒ Motion [Dkt. 42]: ☒ Granted ☐ Denied ☐ Granted/Denied in part ☐ Moot

**SENTENCE:** As to Count(s) 1 of the Information :

- ☐ Bureau of Prison for a term of    ☐ Concurrent ☐ Consecutive ☐ Not Imposed
- ☒ Probation for a term of   1 year   ☐ Concurrent ☐ Consecutive ☐ Not Eligible
- ☐ Supervised Release for term of    ☐ Concurrent ☐ Consecutive ☐ Not Imposed
- ☐ Fine: $    ☐ With Interest ☐ Interest Waived ☐ Not Imposed
- ☒ Restitution: $391,475.41    ☐ With Interest ☒ Interest Waived ☐ Not Applicable
- ☒ Special Monetary Assessment $100    ☒ Due Immediately ☐ As Directed
- ☐ JVTA Assessment (18 USC 3014) $    ☐ Waived-Defendant found indigent ☐ Not Applicable
- ☐ AVAA Assessment (18 USC 2259) $    ☐ Waived-Defendant found indigent ☐ Not Applicable
- ☒ Order of Forfeiture [Dkt. 23 ]: is hereby incorporated into the Judgment by reference

**STANDARD CONDITIONS as previously adopted by this court including the following additional conditions:**

- ☒ Firearm, Ammunition, et al Restriction
- ☒ DNA Sample
- ☒ Controlled Substances Restriction
- ☐ Alcohol Abstinence
- ☐ Anger Management
- ☐ Community Confinement - ____ months
- ☐ Community Service - ____ hours
- ☐ Computer Restriction
- ☐ Curfew - ____ months*
- ☐ Domestic Violence Program
- ☐ Drug Testing    ☒ Drug Testing Suspended
- ☒ Financial

- ☐ Gambling; ☐ to include treatment
- ☐ Home Detention Condition - ____ months*
- ☐ Immigration
- ☐ Mental Health; ☐ to include treatment
- ☐ No contact with Victim
- ☐ Restitution
- ☒ Search & Seizure
- ☐ Sex Offender - Paragraphs ____
- ☐ Sober Living
- ☐ Substance Abuse Treatment & Testing
- ☐ Workforce Development

*Entire cost of the electronic monitoring shall be paid by: ☐ Prob ☐ Deft

- ☒ Defendant advised of right to appeal
- ☐ Appeal affidavit required

Court recommends to BOP:
- ☐ Designate a facility located in or near: ____
- ☐ Maximum Security Facility where Incoming and Outgoing Mail is monitored
- ☐ Residential Drug Abuse Treatment ☐ Mental/Medical Evaluation
- ☐ Most comprehensive substance abuse treatment available
- ☐ Other: ____

- ☐ Deft to self surrender to designated institution by 2:00 p.m. on: ____, U.S.M. to advise of institution; ☐ Findings made
- ☒ Remaining counts ordered dismissed: none
- ☐ Defendant remanded to custody of U.S. Marshal

**Additional Minutes:** ____